IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CASE No.: 05-01584-ESL

MIGUEL ANGEL ROSARI MENDOZA

Chapter 7- No Asset Case

Debtor(s).

## NOTICE

**UNLESS A PARTY IN INTEREST OBJECTS TO THE DISMISSAL OF THIS CASE WITHIN THIRTY (30) DAYS FROM THE DATE OF THIS NOTICE, THE CASE MAY BE DISMISSED WITHOUT A HEARING**

## TRUSTEE'S MOTION TO DISMISS CASE AND FOR EXTENSION OF TIME TO OBJECT TO DISCHARGE

TO THE HONORABLE COURT:

The TRUSTEE, NOREEN WISCOVITCH RENTAS, respectfully moves the Court for an Order dismissing this case and in support states:

1. The Debtor, MIGUEL ANGEL ROSARI MENDOZA, appeared at the Meeting of Creditors held on April 26, 2005. At the time various documents were requested. To date the Debtor has failed to provide any of these documents.

2. The documents requested are as follows:

   a. Declaratory of Heirs

   b. Appraisal of Vehicle

   c. Appraisal of inheritance property. The Debtor testified that the realty was owned by his father only. It is not clear if the Debtor has a ¼ of

50% or ¼ of the total value of the realty. The Debtor sworn statement under penalty of perjury provided at the meeting of creditors is in Spanish and does not clarify his interest or the basis of the value given to the realty.

3. Further, the Debtor should be required to amend Schedules B and C to clarify his interest.

4. The Debtor is obligated to cooperate with the Trustee in the administration of this case. The Debtor's inaction in failing to provide necessary documentation for the administration of this case has caused unreasonable delay prejudicial to creditors.

5. The Trustee requests that this case be summarily dismissed under Section 707(a) of the Bankruptcy Code and Rule 1017 of the Federal Rules of Bankruptcy Procedure.

6. This being a no asset case it is requested that the Clerk's Office gives notice of this Motion and that the same be granted if within 30 days from the date of this Motion if there is no opposition to the same.

7. It is further requested that the Trustee be granted an additional 90 days to object to Discharge. The last day to file an objection is May 28, 2005. This request is timely made. It is out of caution that the Trustee seeks this extension until a ruling on the Motion to Dismiss is entered.

WHEREFORE, the Trustee, NOREEN WISCOVITCH RENTAS, respectfully requests the Court to dismiss the instant case with prejudice for no less than 180 days for the Debtors' failure to provide documents requested at the 341 Meeting of Creditors, and extend the time to object to Debtor's Discharge for

90 days after a ruling on the Motion to Dismiss and for any further relief this Court deems just and proper under the circumstances.

Dated: May 27, 2005.

*[signature]*
**NOREEN WISCOVITCH RENTAS**
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 756-7889
Fax (787) 756-6484
noreen@nwr-law.com